IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONSTAR MORTAGE, LLC

    Plaintiff,

  v.

JESSICA FUENTES and JOSE FUENTES,

    Defendants.
                                        /

No. C 12-03315 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

Plaintiff Nationstar Mortgage, LLC, filed a motion to remand on July 20, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition thereto was due August 6. None was filed. *Pro se* defendants Jessica Fuentes and Jose Fuentes are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded. Defendants must file a written response to this order by **SEPTEMBER 10, 2012**. If no response is filed, the motion to remand may be granted. The motion hearing previously set for September 6, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE