IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTAGE, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSICA FUENTES and JOSE FUENTES,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-03315 WHA<br><br>**ORDER TO SHOW CAUSE<br>AND VACATING HEARING** |

　　　　Plaintiff Nationstar Mortgage, LLC, filed a motion to remand on July 20, 2012. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition thereto was due August 6. None was filed. *Pro se* defendants Jessica Fuentes and Jose Fuentes are hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded. Defendants must file a written response to this order by **SEPTEMBER 10, 2012**. If no response is filed, the motion to remand may be granted. The motion hearing previously set for September 6, 2012, is hereby **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated:  August 20, 2012.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE