United States District Court
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    NATIONSTAR MORTAGE LLC,                    No. C 12-03315 WHA

10              Plaintiff,

11      v.                                      **ORDER REMANDING ACTION**

12   JESSICA FUENTES and JOSE FUENTES,

13              Defendants.
                                            /
14

15        Plaintiff Nationstar Mortgage LLC filed a motion to remand this unlawful detainer action

16   on July 20, 2012.  This is the second time defendants Jose Fuentes and Jessica Fuentes have

17   removed the same unlawful detainer case to this Court.  Plaintiff filed a motion to relate the

18   cases, which was granted.

19        The first removal was remanded on May 3, 2012.  After defendants removed this case a

20   second time, plaintiff filed a motion to remand.  Defendants were ordered to show cause by

21   September 10 why the case should not be remanded.  No opposition to the motion or response to

22   the order to show cause was received.  The action is hereby **REMANDED TO SUPERIOR COURT**

23   **OF CALIFORNIA, SACRAMENTO COUNTY**.  Defendants are requested to please not remove this

24   action again.

25

26      **IT IS SO ORDERED.**

27   Dated:  September 19, 2012.

28                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE