IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONSTAR MORTAGE LLC,

    Plaintiff,

  v.

JESSICA FUENTES and JOSE FUENTES,

    Defendants.

No. C 12-03315 WHA

**ORDER REMANDING ACTION**

Plaintiff Nationstar Mortgage LLC filed a motion to remand this unlawful detainer action on July 20, 2012. This is the second time defendants Jose Fuentes and Jessica Fuentes have removed the same unlawful detainer case to this Court. Plaintiff filed a motion to relate the cases, which was granted.

The first removal was remanded on May 3, 2012. After defendants removed this case a second time, plaintiff filed a motion to remand. Defendants were ordered to show cause by September 10 why the case should not be remanded. No opposition to the motion or response to the order to show cause was received. The action is hereby **REMANDED TO SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY**. Defendants are requested to please not remove this action again.

**IT IS SO ORDERED.**

Dated: September 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE